HUGHEY v. CLONINGER

No. 18 PC.

No. 4 (Spring Term)

Case below: 37 N.C. App. 107.

Petition by defendants for discretionary review under G.S. 7A-31 allowed 3 November 1978.

IN RE BROWN

No. 35 PC.

Case below: 37 N.C. App. 457.

Petition by respondent for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

IN RE KOWALZEK

No. 48 PC.

Case below: 37 N.C. App. 364.

Petition by Kowalzek for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of respondents to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

MANUFACTURING CO. v. MANUFACTURING CO.

No. 62 PC.

Case below: 37 N.C. App. 726.

Petition by defendant for discretionary review under G.S. 7A-31 denied 3 November 1978. Motion of plaintiff to dismiss appeal for lack of substantial constitutional question allowed 3 November 1978.

PRICE v. PATTERSON

No. 80 PC.

Case below: 37 N.C. App. 742.

Petition by defendants for discretionary review under G.S. 7A-31 denied 3 November 1978.